UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MICHAEL HENDERSON, | No. C 11-04254 YGR (PR) |
| Petitioner, | **JUDGMENT** |
| v. | |
| M. McDONALD, Warden, | |
| Respondent. | |

The petition having been denied, the Court hereby enters judgment in favor of respondent. Petitioner shall obtain no relief by way of his petition.

**IT IS SO ORDERED.**

DATED: January 10, 2013

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**